UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11845 GAO

***********************************************************
ROSARY DoCARMO, ADMINISTRATRIX
OF THE ESTATE OF MICHAEL DoCARMO
    Plaintiff,

v.

C&V FISHING CORPORATION and
F/V ILHA do CORVO
***********************************************************

## SEAMAN'S AFFIDAVIT

I, Joseph G. Abromovitz, Attorney for the Plaintiff, Rosary DoCarmo, Administratrix of the Estate of Michael DoCarmo, in the above captioned matter, do on oath depose and say as follows:

The plaintiff's decedent in the above captioned action is a seaman and claims the benefits of the United States Code Annotated, Title 28, §1916, which provides that:

> "In all courts of the United States seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted without prepaying fees or costs or furnishing security therefor."

Dated: August 23, 2004

The Plaintiff,
By her attorney,

_____
Joseph G. Abromovitz
BBO# 011420
858 Washington Street, Third Floor
Dedham, MA 02026
Phone: (781) 329-1080