AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Rosary DoCarmo, Administratrix
of Estate of Michael DoCarmo
v.
C&V Fishing Corporation
and F/V ILHA do CORVO

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11845 GAO

TO: (Name and address of Defendant)

C&V Fishing Corporation
84 Front Street
New Bedford, MA 02740

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz
Law Office of Joseph G. Abromovitz, PC
858 Washington Street
3rd Floor
Dedham, MA 02026

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____
(By) DEPUTY CLERK

DATE  AUG 24 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

[illegible return of service text]

_____
Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                    *Signature of Server*

                                  _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.