UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11845 GAO

| | |
|---|---|
| ROSARY DoCARMO, ADMINISTRATRIX OF THE ESTATE OF MICHAEL DoCARMO, Plaintiff | ) ) ) ) |
| v. | ) ) |
| C&V FISHING CORPORATION and F/V ILHA do CORVO, Defendants | ) ) ) ) |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Now come the parties to this matter and hereby move this Court to extend the discovery deadlines ninety (90) days, as outlined below. In support of this motion, the parties state the following:

The parties previously filed a Scheduling Statement which included a deadline for depositions of fact witnesses of July 30, 2005. Despite the best efforts of the parties and their counsel, it appears that the parties will not be able to complete the fact depositions by this date. The difficulty lies in scheduling the depositions of the fishermen witnesses, who are typically unavailable during the summer months due to their fishing schedules. Moreover, one of the witnesses, Carlos Rafael, is traveling to Portugal and will be unavailable for the next two months.

Accordingly, the parties request a ninety (90) day extension of the deadline for depositions of fact witnesses, with a corresponding extension for the subsequent

deadlines, as follows:

| | |
|---|---|
| October 30, 2005 | All depositions except de bene esse and expert depositions. |
| December 30, 2005 | Plaintiff shall provide defendant with expert reports and/or expert disclosures pursuant to Rule 26. |
| January 30, 2006 | Defendant shall provide plaintiff with expert reports and/or expert disclosures pursuant to Rule 26. |
| March 30, 2006 | Expert depositions shall be concluded. |
| March 30, 2006 | Any motion pursuant to Rule 56 shall be filed. |
| April 30, 2006 | Any opposition to a Rule 56 motion shall be due. |

3.      This is the first time in this case that the parties have requested an extension to complete discovery.

For the reasons stated above, the parties request that the Court grant a ninety (90) day extension of the discovery deadlines.

For the plaintiff:

/s/jga
Joseph G. Abromovitz (BBO#011420)
858 Washington Street, Third Floor
Dedham, MA 02026
(781) 329-1080
jga@jga-pc.com

For the defendants:

/s/sas
Syd A. Saloman (BBO #645267)
REGAN & KIELY LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901
sas@regankiely.com