UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11845 GAO

| | |
|---|---|
| ROSARY DoCARMO, ADMINISTRATRIX OF THE ESTATE OF MICHAEL DoCARMO, Plaintiff | ) ) ) |
| v. | ) ) ) |
| C&V FISHING CORPORATION and F/V ILHA do CORVO, Defendants | ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

Effective May 1, 2006, please note Regan & Kiely LLP's change of address from 85 Devonshire Street, Boston, MA to:

Regan & Kiely LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
Telephone: (617)723-0901
Facsimile: (617)723-0977


  /s/Joseph A. Regan
Joseph A. Regan (BBO #543504)
REGAN & KIELY LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901