UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11845 GAO

| | |
|---|---|
| ROSARY DoCARMO, ADMINISTRATRIX OF THE ESTATE OF MICHAEL DoCARMO, Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| C&V FISHING CORPORATION and F/V ILHA do CORVO, Defendants | )<br>)<br>) |

## NOTICE OF WITHDRAWAL OF SYD A. SALOMAN, ESQ.

Kindly withdraw the appearance of Syd A. Saloman as attorney for the defendants. Please note that Joseph A. Regan and Regan & Kiely, LLP shall remain the attorney of record for the Defendants.

For the defendants,

**REGAN & KIELY LLP**

Date: May 5, 2006

/s/ Syd A. Saloman
Joseph A. Regan (BBO #543504)
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617) 723-0901
sas@regankiely.com