## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOCARMO <br> _____ <br> Plaintiff <br> V <br> C&V FISHING CORP. <br> _____ <br> Defendant | CIVIL ACTION <br> NO. 04-11845-GAO |

### SETTLEMENT ORDER OF DISMISSAL

O'TOOLE         D.J.
_____

May 18, 2006

The court having been advised on _____,_____ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice. This case is hereby closed.

By the Court,

5/19/06                                    Paul S. Lyness
_____                                  _____
Date                                       Deputy Clerk