UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11845 GAO

| | |
|---|---|
| ROSARY DoCARMO, ADMINISTRATRIX OF THE ESTATE OF MICHAEL DoCARMO, Plaintiff | ) ) ) ) |
| v. | ) ) |
| C&V FISHING CORPORATION and F/V ILHA do CORVO, Defendants | ) ) ) ) |

**STIPULATION OF DISMISSAL**

It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint be dismissed with prejudice, all rights of appeal waived.

For the Plaintiff,                                    For the Defendant,


/s/Joseph G. Abromovitz                               /s/Joseph A. Regan
Joseph G. Abromovitz - BBO # 011420                   Joseph A. Regan - BBO #543504
858 Washington Street, Third Floor                    REGAN & KIELY LLP
Dedham, MA 02026                                      88 Black Falcon Avenue, Suite 330
(781)329-1080                                         Boston, MA 02109
jga@jga-pc.com                                        (617)723-0901
                                                      jar@regankiely.com